IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VALOSTA LAWSON                                                                    PLAINTIFF

v.                                    No. 2:11-cv-160-DPM

ROBERT L. FRITSCHE; JOHN DOE; and
CRETE CARRIER CORPORATION                                          DEFENDANTS

ORDER

A Crete Carrier tractor-trailer driven by Fritsche allegedly clipped and knocked Lawson's Prius off Interstate 40 near Brinkley. Lawson sued. The parties have fallen into a dispute about a $5,000 settlement clouded by about $12,000 in liens that may or may not still be held by Oklahoma medical providers. Lawson moves to enforce the settlement. Crete Carrier and Fritsche respond that there was a settlement but dispute the terms. The Court will have to hear testimony from the lawyers to resolve these issues. Counsel, however, cannot continue as counsel and be witnesses about disputed facts. ARK. RULES OF PROF'L CONDUCT R. 3.7. All parties should move to substitute counsel by 25 May 2012. The Court will hold a one-hour hearing, including testimony about the purported settlement, at 2:00 p.m. on 28 June 2012.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  30 April 2012