# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**VALOSTA LAWSON**                                                    **PLAINTIFF**

**v.**                              **No. 2:11-cv-160-DPM**

**ROBERT L. FRITSCHE; JOHN DOE; and**
**CRETE CARRIER CORPORATION**                          **DEFENDANTS**


## ORDER

The parties have settled their dispute.  The parties have informed the

Court that the settlement has been consummated.  Lawson's complaint is

therefore dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

  26 July 2012