IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VALOSTA LAWSON                                                              PLAINTIFF

v.                              No. 2:11-cv-160-DPM

ROBERT L. FRITSCHE; JOHN DOE; and
CRETE CARRIER CORPORATION                                      DEFENDANTS

### ORDER

The parties have settled their dispute. The parties have informed the Court that the settlement has been consummated. Lawson's complaint is therefore dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

  26 July 2012