IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VALOSTA LAWSON                                                                  PLAINTIFF

v.                              No. 2:11-cv-160-DPM

ROBERT L. FRITSCHE; JOHN DOE; and
CRETE CARRIER CORPORATION                                          DEFENDANTS

## JUDGMENT

Lawson's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2012